UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DAVID SCHICHMAN *individually and on behalf of*
*all others similar situated*,

                           Plaintiff,                                **ORDER**
                                                                14-CV-1681 (WFK) (LB)

       -against-

TTN, LLC; BIOCENTICA, LLC; LOUIS DECAPRIO;
SCOTT STANWOOD; TODD STANWOOD;
JOHN DOES 1-10; and JANE DOES 1-10;

                          Defendants,
------------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 13, 2014, United States Magistrate Judge Louis Bloom filed a Report and

Recommendation recommending "that this action should be dismissed without prejudice

pursuant to Rule 4(m) of the Federal Rules of Civil Procedure." Dkt. 11 ("R&R"). The Report

and Recommendation recounted that Judge Bloom "advised [P]laintiff that if he did not file

proof of timely service by July 31, 2014, or show good cause why service had not been effected

by July 11, 2014, the Court would dismiss this action without prejudice pursuant to Fed. R. Civ.

P. 4(m)." *Id.* at 1. As of August 13, 2014, Plaintiff had neither filed proof of service nor shown

good cause why service was not timely effected. *Id.*

Written objections to the Report and Recommendation were to be filed with this Court

within fourteen days of Judge Bloom's order. *Id.* at 2; Fed. R. Civ. P. 72(b)(2). No objections

were filed and the time to do so has passed.

The Court reviews a Report and Recommendation for clear error when no objections have been filed, *see Covey v. Simonton,* 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.), and we find no such error here. The Court therefore adopts the Report and Recommendation of Judge Bloom in its entirety.

This action is hereby DISMISSED pursuant to Fed. R. Civ. P. 4(m). The Clerk of the Court is respectfully directed to close this action.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II.
United States District Judge

Dated: September 3, 2014
        Brooklyn, New York